**Order entered January 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01121-CR

**OSCAR PEREACRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00276-S**

## ORDER

Before the Court is court reporter Lisa V. Jackson's January 25, 2019 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before February 27, 2019. We caution Ms. Jackson that further extensions are disfavored.

/s/    BILL PEDERSEN, III
        JUSTICE